Katherine S. Clark (SBN 94871)
Law Offices of Katherine S. Clark
919 The Alameda
San Jose, CA  95126
Telephone:  (408) 350-7523
Facsimile:  (408) 436-8583

Attorneys for Defendant and Counterclaimant
**BASIL P. FTHENAKIS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC, a California Professional Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BASIL P. FTHENAKIS, AN INDIVIDUAL, CAMBRIDGE CM, INC., a California Corporation, and DOES 1-10,<br><br>Defendants. | CASE NO. CV 11-02373 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES AND  CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Mag. Judge: Maria-Elena James** |

   The parties, through their counsel respective counsel stipulate as follows:

   1.     Plaintiff TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC filed its Complaint for copyright infringement, false advertising, conversion, breach of contract and breach of fiduciary duty on May 13, 2011.

   2.     Defendant BASIL P. FTHENAKIS filed his Answer and Counterclaim on June 1, 2011. Plaintiff and Counter-defendant TIPS GROUP filed a Motion to Dismiss on July 6, 2011, which motion is scheduled for hearing on August 25, 2011 at 10:00 a.m.  On that same day and time, this matter is scheduled for an initial Case Management Conference.

   3.     The Parties have already filed their stipulation selecting Court sponsored mediation.

1    4.   The Parties stipulate and request that this Court vacate the Case Management
2  Conference date and reschedule it for a date following the resolution of the Motion to Dismiss.
3    5.   The Parties further stipulate and request that the deadline to file the Rule 26(f) Report,
4  complete initial disclosures and file the Case Management Statement shall be continued accordingly.
5
6    6.   The Parties further stipulate that all discovery be stayed pending further order of this court.
7

8  Dated: August 4, 2011                         By: /s/ William C. Milks III
                                                    William C. Milks III
9                                                   Attorney for Plaintiff & Counter-defendant

10 Dated: August 4, 2011                         By: /s/ Katherine S. Clark
                                                    Katherine S. Clark
11                                                  Attorney for Defendant & Counterclaimant
12
13                         [~~PROPOSED~~ ORDER]

14    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Initial Case
15 Management Conference scheduled for August 25, 2011, is hereby CONTINUED to 9/29/11 at 10am
16 ~~IT IS FURTHER ORDERED THAT the Court shall reschedule the Case Management~~
17 ~~Conference, if necessary, following resolution of Counter-defendant's pending motion to dismiss.~~
18    IT IS FURTHER ORDERED that the current deadlines to file the Rule 26(f) Report,
19 complete initial disclosures and file the Case Management Statement are adjusted accordingly.
20
21
22    IT IS SO ORDERED.
23 Dated: August 10, 2011                         By: _____
24                                                    Maria-Elena James
                                                      US Magistrate Judge
25
26
27
28

CASE NO. CV11-02373 MEJ                    2

STIP AND PROPOSED ORDER EXTENDING DEADLINES AND VACATING CMC