UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC,<br><br>Plaintiff,<br>v.<br><br>BASIL P. FTHENAKIS, *et al.,*<br><br>Defendants.<br>_____/ | No. C 11-2373 MEJ<br><br>**ORDER RE CHAMBERS COPIES**<br><br>**Dkt. Nos. 55-56** |

On November 4, 2011, Defendant and Counterclaimant Basil Fthenakis electronically filed a Motion for Leave to File First Amended Answer, Counterclaim and Crossclaim. Dkt. Nos. 55-56. Although Defendant submitted chambers copies, they do not comply with paragraph 6 of the undersigned's Case Management Standing Order. Accordingly, the Court hereby ORDERS Defendant to re-submit chambers copies of all documents related to the November 4 motion. Defendant shall ensure that the copies comply with the following requirements: **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.**

**IT IS SO ORDERED.**

Dated: November 8, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge