UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC,<br><br>Plaintiff,<br><br>v.<br><br>BASIL P. FTHENAKIS, *et al.,*<br><br>Defendants._____ / | No. C 11-2373 MEJ<br><br>**ORDER RE PROTECTIVE ORDER**<br><br>**Dkt. No. 59** |

On November 9, 2011, the parties filed a joint discovery dispute letter regarding the inclusion of a "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" designation for a protective order in this case. Dkt. No. 59. Having considered the parties' arguments, the Court finds such a designation unnecessary. If any disputes later arise regarding the designation of specific documents, the parties shall comply with the undersigned's discovery standing order.

**IT IS SO ORDERED.**

Dated: November 10, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge