UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC,<br><br>    Plaintiff,<br><br>  v.<br><br>BASIL P. FTHENAKIS, *et al.,*<br><br>    Defendants.<br>_____/ | No. C 11-2373 MEJ<br><br>**ORDER RE PROTECTIVE ORDER**<br><br>**Re: Docket No. 72** |

The Court is in receipt of a joint discovery dispute letter from the parties in this action regarding the designation of experts in a proposed stipulated protective order. Dkt. No. 72. Upon review of the parties' letter, the Court finds it unnecessary to modify the expert designation language in the Court's sample protective order. Any party objecting to the admissibility of the testimony of a person disclosed as an expert witness may file a written motion in limine to exclude the testimony.

The December 7, 2011 discovery meet and confer is VACATED.

**IT IS SO ORDERED.**

Dated: December 5, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge