UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC., <br><br> Plaintiff(s), <br> v. <br> BASIL P. FTHENAKIS, ET AL., <br><br> Defendant(s). <br> _____/ | No. C 11-02373 MEJ <br><br> **ORDER VACATING HEARING** |

    This matter is currently scheduled for a hearing regarding the parties' pending motions on January 12, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the January 12 hearing. The Court shall issue an order forthwith.

    **IT IS SO ORDERED.**

Dated: January 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge