# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC,<br><br>           Plaintiff,<br>      v.<br><br>BASIL P. FTHENAKIS, *et al.,*<br><br>           Defendants.<br>_____/ | No. C 11-2373 MEJ<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR PRODUCTION OF SETTLEMENT AGREEMENT**<br><br>**Dkt. No. 92** |

On January 30, 2012, the parties filed a joint discovery dispute letter regarding Defendant's request for the production of a settlement agreement and related documents between Plaintiff and third party CCM. As Plaintiff has failed to establish good cause to prevent production, and the requested documents are relevant to Defendant's counterclaims, the Court GRANTS Defendant's request.

**IT IS SO ORDERED.**

Dated: February 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge