Katherine S. Clark (SBN 94871)
Law Offices of Katherine S. Clark
919 The Alameda
San Jose, CA 95126
Telephone: (408) 350-7523
Facsimile: (408) 436-8583

Attorneys for Defendant and Counterclaimant
**BASIL P. FTHENAKIS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC, a California Professional Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BASIL P. FTHENAKIS, AN INDIVIDUAL, CAMBRIDGE CM, INC., a California Corporation, and DOES 1-10,<br><br>Defendants.<br><br>BASIL P. FTHENAKIS, AN INDIVIDUAL,<br><br>Counterclaimant,<br><br>v.<br><br>TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC, a California Professional Corporation,<br><br>Counter-Defendant.<br><br>AND RELATED CROSS-COMPLAINT. | CASE NO. CV 11-02373 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE AND HEARINGS ON MOTIONS TO DISMISS** |

Whereas, Cross-defendants Paul L. Hickman and Glenn E. Von Tersch recently filed

CASE NO. CV11-02373 CRB        STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF
                               CMC AND HEARINGS ON MOTIONS TO DISMISS

Motions to Dismiss the Cross-Claim filed by Basil P. Fthenakis and these motions are scheduled for hearing on April 6, 2012;

Whereas, this Case was recently reassigned to Judge Charles R. Breyer;

Whereas, the Court has now scheduled a Case Management Conference for April 6, 2012;

Whereas, Katherine S. Clark, Counsel for Basil P. Fthenakis, will be in Augusta, Georgia on a pre-planned, pre-paid trip to see the Masters Golf Tournament on April 6, 2012;

Whereas, to accommodate Counsel's conflict, all counsel have agreed to postpone the Case Management Conference and the Hearings on the Motions to Dismiss to April 20, 2012;

IT IS HEREBY STIPULATED by and between the parties to this action, through their attorneys of record herein, that:

1. The Case Management Conference shall be continued to April 20, 2012, at 10:00 a.m. or as soon thereafter as convenient for the Court;

2. The hearings on the Motions to Dismiss noticed for April 6, 2012, shall be continued to April 20, 2012 at 10:00 a.m. or as soon thereafter as convenient for the Court.

Dated: March 1, 2012

LAW OFFICES OF KATHERINE S. CLARK

_____    _____
By: KATHERINE S. CLARK                WILLIAM C. MILKS III, ESQ.
Attorneys for Defendant & Counter-Claimant    Attorney for Plaintiff and Counter-Defendant
Basil P. Fthenakis                    Technology & Intellectual Property Strategies
                                      Group PC

_____
THEODORE G. SORENSEN, ESQ.
Attorney for Cross-defendants
Paul L. Hickman and Glenn E. Von Tersch

## ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Management Conference shall be continued to April 20, 2012, at 10:00 a.m. and the Hearings on the Motions to Dismiss filed by Cross-defendants

2

CASE NO. CV11-02373 CRB        STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF
                               CMC AND HEARINGS ON MOTIONS TO DISMISS

Motions to Dismiss the Cross-Claim filed by Basil P. Fthenakis and these motions are scheduled for hearing on April 6, 2012;

    Whereas, this Case was recently reassigned to Judge Charles R. Breyer;

    Whereas, the Court has now scheduled a Case Management Conference for April 6, 2012;

    Whereas, Katherine S. Clark, Counsel for Basil P. Fthenakis, will be in Augusta, Georgia on a pre-planned, pre-paid trip to see the Masters Golf Tournament on April 6, 2012;

    Whereas, to accommodate Counsel's conflict, all counsel have agreed to postpone the Case Management Conference and the Hearings on the Motions to Dismiss to April 20, 2012;

    IT IS HEREBY STIPULATED by and between the parties to this action, through their attorneys of record herein, that:

    1.    The Case Management Conference shall be continued to April 20, 2012, at 10:00 a.m. or as soon thereafter as convenient for the Court;

    2.    The hearings on the Motions to Dismiss noticed for April 6, 2012, shall be continued to April 20, 2012 at 10:00 a.m. or as soon thereafter as convenient for the Court.

Dated: March 1, 2012

LAW OFFICES OF KATHERINE S. CLARK

*Katherine S Clark*      *William C Milks III*

By: KATHERINE S. CLARK      WILLIAM C. MILKS III, ESQ.
Attorneys for Defendant & Counter-Claimant      Attorney for Plaintiff and Counter-Defendant
Basil P. Fthenakis      Technology & Intellectual Property Strategies Group PC

_____
THEODORE G. SORENSEN, ESQ.
Attorney for Cross-defendants
Paul L. Hickman and Glenn E. Von Tersch

## ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Management Conference shall be continued to April 20, 2012, at 10:00 a.m. and the Hearings on the Motions to Dismiss filed by Cross-defendants

2

CASE NO. CV11-02373 CRB      STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF CMC AND HEARINGS ON MOTIONS TO DISMISS

Hickman and Von Tersch shall be continued to April 20, 2012, at 10:00 a.m. in Courtroom 6, 17th Floor.

Dated: March 8, 2012

_____
The Hon. Charles R. Breyer
United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer