Katherine S. Clark (SBN 94871)
Law Offices of Katherine S. Clark
919 The Alameda
San Jose, CA 95126
Telephone: (408) 350-7523
Facsimile: (408) 436-8583

Attorneys for Defendant and Counterclaimant
**BASIL P. FTHENAKIS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC, a California Professional Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BASIL P. FTHENAKIS, AN INDIVIDUAL, CAMBRIDGE CM, INC., a California Corporation, and DOES 1-10,<br><br>Defendants.<br><br>BASIL P. FTHENAKIS, AN INDIVIDUAL,<br><br>Counterclaimant,<br><br>v.<br><br>TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC, a California Professional Corporation,<br><br>Counter-Defendant.<br><br>AND RELATED CROSS-COMPLAINT. | CASE NO. CV 11-02373 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE AND HEARINGS ON MOTIONS TO DISMISS** |

Whereas, Cross-defendants Paul L. Hickman and Glenn E. Von Tersch recently filed

Motions to Dismiss the Cross-Claim filed by Basil P. Fthenakis and these motions are scheduled for hearing on April 6, 2012;

Whereas, this Case was recently reassigned to Judge Charles R. Breyer;

Whereas, the Court has now scheduled a Case Management Conference for April 6, 2012;

Whereas, Katherine S. Clark, Counsel for Basil P. Fthenakis, will be in Augusta, Georgia on a pre-planned, pre-paid trip to see the Masters Golf Tournament on April 6, 2012;

Whereas, to accommodate Counsel's conflict, all counsel have agreed to postpone the Case Management Conference and the Hearings on the Motions to Dismiss to April 20, 2012;

IT IS HEREBY STIPULATED by and between the parties to this action, through their attorneys of record herein, that:

1. The Case Management Conference shall be continued to April 20, 2012, at 10:00 a.m. or as soon thereafter as convenient for the Court;

2. The hearings on the Motions to Dismiss noticed for April 6, 2012, shall be continued to April 20, 2012 at 10:00 a.m. or as soon thereafter as convenient for the Court.

Dated: March 1, 2012

LAW OFFICES OF KATHERINE S. CLARK

By: KATHERINE S. CLARK
Attorneys for Defendant & Counter-Claimant
Basil P. Fthenakis

WILLIAM C. MILKS III, ESQ.
Attorney for Plaintiff and Counter-Defendant
Technology & Intellectual Property Strategies
Group PC

THEODORE G. SORENSEN, ESQ.
Attorney for Cross-defendants
Paul L. Hickman and Glenn E. Von Tersch

ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Management Conference shall be continued to April 20, 2012, at 10:00 a.m. and the Hearings on the Motions to Dismiss filed by Cross-defendants

2

CASE NO. CV11-02373 CRB    STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF CMC AND HEARINGS ON MOTIONS TO DISMISS

Motions to Dismiss the Cross-Claim filed by Basil P. Fthenakis and these motions are scheduled for hearing on April 6, 2012;

Whereas, this Case was recently reassigned to Judge Charles R. Breyer;

Whereas, the Court has now scheduled a Case Management Conference for April 6, 2012;

Whereas, Katherine S. Clark, Counsel for Basil P. Fthenakis, will be in Augusta, Georgia on a pre-planned, pre-paid trip to see the Masters Golf Tournament on April 6, 2012;

Whereas, to accommodate Counsel's conflict, all counsel have agreed to postpone the Case Management Conference and the Hearings on the Motions to Dismiss to April 20, 2012;

IT IS HEREBY STIPULATED by and between the parties to this action, through their attorneys of record herein, that:

1. The Case Management Conference shall be continued to April 20, 2012, at 10:00 a.m. or as soon thereafter as convenient for the Court;

2. The hearings on the Motions to Dismiss noticed for April 6, 2012, shall be continued to April 20, 2012 at 10:00 a.m. or as soon thereafter as convenient for the Court.

Dated: March 1, 2012

LAW OFFICES OF KATHERINE S. CLARK

*Katherine S Clark*

By: KATHERINE S. CLARK
Attorneys for Defendant & Counter-Claimant
Basil P. Fthenakis

*William C Milks III*

WILLIAM C. MILKS III, ESQ.
Attorney for Plaintiff and Counter-Defendant
Technology & Intellectual Property Strategies Group PC

_____
THEODORE G. SORENSEN, ESQ.
Attorney for Cross-defendants
Paul L. Hickman and Glenn E. Von Tersch

**ORDER**

Good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Management Conference shall be continued to April 20, 2012, at 10:00 a.m. and the Hearings on the Motions to Dismiss filed by Cross-defendants

2

CASE NO. CV11-02373 CRB    STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF CMC AND HEARINGS ON MOTIONS TO DISMISS

Hickman and Von Tersch shall be continued to April 20, 2012, at 10:00 a.m. in Courtroom 6, 17th Floor.

Dated: __March 8, 2012__

_____
The Hon. Charles R. Breyer
United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer