|     |     |     |
| --- | --- | --- |
| 1   |     | UNITED STATES DISTRICT COURT |
| 2   |     | NORTHERN DISTRICT OF CALIFORNIA |
| 3   |     | SAN FRANCISCO DIVISION |

TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC, a California Professional Corporation,

  Plaintiff,

v.

BASIL P. FTHENAKIS, AN INDIVIDUAL, CAMBRIDGE CM, INC., a California Corporation, and DOES 1-10,

  Defendants.

CASE NO. CV 11-02373 CRB

DISMISSAL WITHOUT PREJUDICE

UNDER F.R.C.P. 41(a)(1)(A)(i)

Technology & Intellectual Property Strategies Group PC hereby voluntarily dismisses, WITHOUT PREJUDICE, its cross-claim against Insperity, Inc. ("Insperity") in the above-captioned action under the provisions of F.R.C.P. 41(a)(1)(A)(i).  Insperity has neither served an answer nor a motion for summary judgment in this action.

Dated: April 16, 2012

Law Offices of William C. Milks, III

By: _____William C. Milks III_____
William C. Milks, III
Attorney for Plaintiff and Cross-complainant Technology & Intellectual Property Strategies Group PC.

**ORDER**

**IT IS SO ORDERED.**

Dated: 04/17/2012

Hon. _____
United States District Judge

[Seal: UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF CALIFORNIA — Judge Charles R. Breyer]

CASE NO. CV11-02373 CRB                                       DISMISSAL UNDER F.R.C.P. 41(a)(1)(A)(i)