UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC, a California Professional Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BASIL P. FTHENAKIS, AN INDIVIDUAL, CAMBRIDGE CM, INC., a California Corporation, and DOES 1-10,<br><br>Defendants. | CASE NO. CV 11-02373 CRB<br><br>DISMISSAL WITHOUT PREJUDICE<br><br>UNDER F.R.C.P. 41(a)(1)(A)(i) |

Technology & Intellectual Property Strategies Group PC hereby voluntarily dismisses, WITHOUT PREJUDICE, its cross-claim against Insperity, Inc. ("Insperity") in the above-captioned action under the provisions of F.R.C.P. 41(a)(1)(A)(i). Insperity has neither served an answer nor a motion for summary judgment in this action.

Dated: April 16, 2012

Law Offices of William C. Milks, III

By: _____William C. Milks III_____
William C. Milks, III
Attorney for Plaintiff and Cross-complainant
Technology & Intellectual Property Strategies Group PC.

**ORDER**

**IT IS SO ORDERED.**

Dated: 04/17/2012 _____

Hon. [signed: Judge Charles R. Breyer]
United States District Judge

CASE NO. CV11-02373 CRB                DISMISSAL UNDER F.R.C.P. 41(a)(1)(A)(i)