William C. Milks, III
Law Offices of William C. Milks, III
960 San Antonio Road  Suite 200A
Palo Alto, CA  94303
Telephone: (650) 930-6780
Facsimile: (650) 813-1850
Email: bmilks@sbcglobal.net

Attorneys for TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC, a California Professional Corporation,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>BASIL P. FTHENAKIS, AN INDIVIDUAL, CAMBRIDGE CM, INC., a California Corporation, and DOES 1-10,<br><br>　　　Defendants. | CASE NO. CV 11-02373 CRB<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

WHEREAS, pursuant to a binding settlement entered on the record on March 22, 2012 before the Honorable Joseph C. Spero ("Settlement"), Technology & Intellectual Property Strategies Group PC ("TIPS Group"), Basil P. Fthenakis ("Fthenakis"), Paul L. Hickman and Glenn E. Von Tersch (collectively "the Parties") have agreed that the current action shall be DISMISSED WITH PREJUDICE in its entirety with respect to all claims, counterclaims and cross-claims amongst and between the Parties except: 1) that the Court shall retain jurisdiction over the enforcement of the rights and obligations set forth in the Settlement; and 2) that TIPS Group and Fthenakis reserve the right to defend or seek indemnity from each other with respect to any complaint or claim filed by any current or former client of TIPS Group;

1    IT IS HEREBY STIPULATED by the Parties through their designated counsel that the entire
2    above-captioned action, including all claims, counterclaims and cross-claims amongst and between
3    the Parties, be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1); provided,
4    however, that this Court shall retain jurisdiction to enforce the Settlement.
5    The Parties shall bear their own fees and costs.

6    Dated: _____07/07/2012_____          Law Offices of Katherine S. Clark

9                                             By: _____/s/_____
                                              Katherine S. Clark
10                                            Attorneys for Defendant, Counterclaimant and
                                              Cross Claimant, BASIL P. FTHENAKIS

11   Dated: 07/10/2012                        Law Offices of William C. Milks, III

14                                            By: _William C. Milks, III_
15                                            William C. Milks, III, Esq.
                                              Attorneys for Plaintiff, Counter-Defendant and
16                                            Counterclaimant TECHNOLOGY &
                                              INTELLECTUAL PROPERTY STRATEGIES
17                                            GROUP PC

18   Dated: July 9, 2012                      Law Offices of Theodore G. Sorensen

20                                            By: _Theodore G. Sorensen_
21                                            Theodore G. Sorensen, Esq.
                                              Attorneys for Cross-Defendants PAUL L.
22                                            HICKMAN AND GLENN E. VON TERSCH

25                                            ORDER

26   IT IS SO ORDERED.
27   Dated: July 11, 2012                     _____
                                              Hon. Charles R. Breyer
28                                            Senior United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

CASE NO. CV11-02373 CRB                       2    STIPULATION FOR DISMISSAL WITH PREJUDICE